| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FUNK, JERRY A. | 2. Court or Organization<br><br>BANKRUPTCY COURT | 3. Date of Report<br><br>05/03/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>300 NORTH HOGAN ST #4-104<br>JACKSONVILLE, FLORIDA 32202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alachua Cnty FLA SCH DIST G.O. BD | A | Interest | | | Sold | 07/01/11 | K | A | |
| 2. Alliance Bernstein Small Cap Value Fund Class C | A | Dividend | J | T | | | | | |
| 3. Alltel Corp. (common) | A | Dividend | L | T | | | | | |
| 4. Am South Bank of FLA IRA | A | Interest | J | T | | | | | |
| 5. Anonka Hennepin, Minn 4% 2-1-13 | A | Interest | K | T | | | | | |
| 6. Artio Intl Equity II-I | A | Interest | J | T | | | | | |
| 7. Artisan Intl FD Inv CL | A | Interest | K | T | | | | | |
| 8. Atlanta, GA WTR & WSTEWTR X | A | Interest | J | T | | | | | |
| 9. Berkshire Hathaway Inc. Class B | A | Dividend | J | T | | | | | |
| 10. Bond Fund of America | A | Interest | K | T | | | | | |
| 11. Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 12. Coca Cola (common) | D | Dividend | N | T | | | | | |
| 13. Downtown Savannah ATH GA X | A | Interest | J | T | | | | | |
| 14. Dreyfus Prem Int'l FDS Inc Greater China Class A | A | Dividend | J | T | | | | | |
| 15. Duval Farmers Credit Union | A | Interest | L | T | | | | | |
| 16. Euro Pacific Growth Fund - A | A | Dividend | J | T | | | | | |
| 17. Evergreen Core Equity Com STK FD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Evergreen Enhanced S&P 500 FD CL | A | Dividend | K | T | | | | | |
| 19. Evergreen Enhanced S&P FD CL I | A | Interest | J | T | | | | | |
| 20. Evergreen Equity TR SPL Values FD | A | Interest | J | T | | | | | |
| 21. Evergreen FDS Emerging MKTS Growth | A | Interest | J | T | | | | | |
| 22. Evergreen FDS FLA MUN BD PORT | A | Interest | J | T | | | | | |
| 23. Evergreen International Bond FD CL 1 | A | Dividend | J | T | | | | | |
| 24. Evergreen Large Cap Eq Fund | A | Dividend | J | T | | | | | |
| 25. Evergreen Large Cap Equity FD Class I | A | Interest | J | T | | | | | |
| 26. Evergreen Select Equity | A | Interest | J | T | | | | | |
| 27. FT Unit 726 DIV INC TR SER 3 | A | Dividend | J | T | | | | | |
| 28. Fulton Cnty GA DEV ATH X | A | Interest | J | T | | | | | |
| 29. Gillete Co. | A | Dividend | J | T | | | | | |
| 30. Goldman Sachs Growth Opportunities | A | Dividend | K | T | | | | | |
| 31. Goldman Sachs LG CAP VAL FD CL I | A | Interest | K | T | | | | | |
| 32. Growth Fund of America | A | Interest | K | T | | | | | |
| 33. Harbor Capital Appr FD Inst CL | A | Interest | K | T | | | | | |
| 34. Hilliard Lyons Gov't Fund Inc. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ing International Real Estate | A | Dividend | K | T | | | | | |
| 36. Interlocal KY SCH DIST BD | A | Interest | K | T | | | | | |
| 37. ISHARES DW JNS USRL EST | A | Dividend | J | T | | | | | |
| 38. ISHARES Lehman Aggregate | A | Dividend | J | T | | | | | |
| 39. ISHARES MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 40. ISHARES S & P 500 GRW FD | A | Dividend | J | T | | | | | |
| 41. ISHARES S & P VLU INDX | A | Dividend | J | T | | | | | |
| 42. ISHARES S & P M/C 400 GRW | A | Dividend | J | T | | | | | |
| 43. ISHARES S & P M/C VLU | A | Dividend | J | T | | | | | |
| 44. ISHARES S & P S/C 600 GRW | A | Dividend | J | T | | | | | |
| 45. ISHARES S & P S/C 600 VLU | A | Dividend | J | T | | | | | |
| 46. ISHARES TR MSCI Emerging | A | Dividend | J | T | | | | | |
| 47. Lake Central Ind Multi-District RFDG BD | A | Interest | J | T | | | | | |
| 48. Lord Abbett Mid Cap Value FD-C | A | Dividend | J | T | | | | | |
| 49. Manatee County, FL SCH Dist Sales TX Rev AMBOC INSD | A | Dividend | J | T | | | | | |
| 50. Miami Dade Co FL 4% 11-1-14 | A | Interest | K | T | | | | | |
| 51. Nevada State BD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Funds LTD | A | Dividend | M | T | | | | | |
| 53. Pequea Valley, PA 4.25% 2-1-16 | A | Interest | K | T | | | | | |
| 54. Pimco Commodity Realreturn | A | Dividend | L | T | | | | | |
| 55. Pimco Emerging Markets Bond FD | A | Dividend | K | T | | | | | |
| 56. Pimco Emerg Mkts BD Inst #137 | A | Interest | J | T | | | | | |
| 57. Pimco Foreign Bond FD | A | Dividend | J | T | | | | | |
| 58. Pimco Foreign BD FD USD #103 | A | Interest | K | T | | | | | |
| 59. Pimco Foreign BD FD US$ Hedged Inst CL | A | Interest | K | T | | | | | |
| 60. Pimco Total Return Fund Class B | A | Interest | J | T | | | | | |
| 61. Putnam Int'l Equity Fund Class A | A | Dividend | J | T | | | | | |
| 62. Smith Barney Money Market | A | Interest | J | T | | | | | |
| 63. Smith Barney Muni Funds FLA Portfolio Class A | A | Dividend | J | T | | | | | |
| 64. Southern Company | A | Dividend | J | T | | | | | |
| 65. Sun Prarie, Wisc. 4% 2/1/15 | A | Interest | K | T | | | | | |
| 66. T Rowe TX FR High Yield #59 | A | Interest | K | T | | | | | |
| 67. T Rowe TX FR High Yield FD ON | A | Interest | K | T | | | | | |
| 68. T Rowe Price Real Estate FD | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Inflation | A | Dividend | L | T | | | | | |
| 70. Vanguard Tax Exempt MMKT | A | Interest | L | T | | | | | |
| 71. Virginia State HSG AUTH COMWLTH MTG SER | A | Interest | J | T | | | | | |
| 72. Wachovia | C | Interest | M | T | | | | | |
| 73. Wash. St. Real Estate, Jax, FL current value $242,487) | D | Rent | M | W | | | | | |
| 74. Wells Fargo & Co. fka Wachovia Corp 2nd | A | Dividend | J | T | | | | | |
| 75. Wells Fargo Intl Adv Fund Is #4705 | A | Dividend | K | T | | | | | |
| 76. Westport FDS Select CAP FD CL | A | Interest | K | T | | | | | |
| 77. Windstream | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/03/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **JERRY A. FUNK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544